UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| PERRY P GISCLAIR<br>MARY A GISCLAIR | 05-12301 |
| D E B T O R (s) | CHAPTER 13 |

CHAPTER 13 TRUSTEE'S MOTION FOR
MODIFICATION TO PLAN OF REORGANIZATION

NOW INTO COURT, comes S. J. Beaulieu, Jr., Chapter 13 Trustee, who moves for approval of a modification to the plan of reorganization filed herein.

Due to the effects of Hurricane Katrina, Debtor(s) have alleged an inability to make the payments required by the plan on file with this Court. As of the date of this request, Debtor(s) were in compliance with the terms of their plan. The Debtor(s) have requested a suspension of payments for three (3) months. The suspension will be for payments accruing between the months of August 2005 - November 2005. If allowed, Debtor(s)' plan will be modified to three (3) scheduled payments and to extend the term of the plan for an additional three (3) months.

The Trustee has no opposition to this request and asks that the Court approve the request for modification under the terms set for above.

Respectfully Submitted,

*/s/ Beaulieu*
S. J. Beaulieu, Jr., Chapter 13 Trustee
433 Metairie Road, Suite 307
Metairie, LA 70005
Telephone: (504)831-1313